**STATE v. FAISON**

[332 N.C. 658 (1992)]

STATE OF NORTH CAROLINA v. LARRY FAISON

No. 521PA91

(Filed 19 November 1992)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished opinion by the Court of Appeals finding no error in the judgments of Allsbrook, J., entered at the 18 February 1991 Criminal Session of Superior Court, Halifax County. Heard in the Supreme Court 7 October 1992.

*Lacy H. Thornburg, Attorney General, by Mary Jill Ledford, Assistant Attorney General, for the State.*

*Glover & Petersen, P.A., by James R. Glover; and Johnson & Jones, by Bruce C. Johnson, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.